IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MARGOLES,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-4257 |
| | : | |
| **FORMER SUPERINTENDENT** | : | |
| **JAMIE SORBER et al.,** | : | |
| Defendants. | : | |

## ORDER

This 5th day of July, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, ECF 9 and 18, are **GRANTED**. The Clerk is directed to mark this case closed.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge